## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

**1) JOSE PEREZ-QUIRZOLA**
2) ENRIQUE ARISMENDI-VELEZ
3) JEFFREY DUCOT-SOTO
4) DANIEL LEBRON-TORRES
5) MANUEL VELEZ-AVILES
6) ERNIE VARGAS-ROSA

Defendants

CRIMINAL 06-0116CCC

## O R D E R

Having considered the Report and Recommendation filed on June 8, 2007 **(docket entry 190**) on a Rule 11 proceeding of defendant Jose Perez-Quirzola held before Magistrate Judge Marcos E. Lopez on June 7, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant  Jose Perez-Quirzola is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 7, 2007.  The **sentencing hearing is set for September 11, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 19, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge